## McLaughlin v. Bascomb.

1. **Demurrer: MUST BE SPECIFIC.** A demurrer must be specific in pointing out objections to the pleading demurred to.
2. —— That "the matters therein stated are not sufficient to constitute a cause of action" is insufficient.

*Appeal from Clinton Circuit Court.*

Monday, June 16.

*N. Corning* for the appellant.

*W. E. Leffingwell* for the appellee.

DAY, J. — This is an action of slander  To the petition the defendant demurred, as follows: "And now comes the defendant, James Bascom, and demurs to the plaintiff's amended petition, for the reason that the matters therein stated and contained are not sufficient to constitute a cause of action against him." This demurrer was sustained, and plaintiff appeals.

We do not inquire whether the petition sets forth a cause of action. The demurrer does not specify any ground of objection to the petition intended to be urged. It does not comply with the provisions of section 2877 of the Revision. It should have been disregarded by the court. *McKellar* v. *Stout*, 13 Iowa, 487.

Reversed.